UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES JOSEPH CONLIN, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR16-213-RSL <br><br> ORDER ON DEFENDANT'S OBJECTION TO FORWARDING OF PASSPORT TO DEPARTMENT OF STATE AND MOTION FOR RETURN TO DEFENSE COUNSEL |

THIS MATTER comes before the Court on James J. Conlin's Objection to Forwarding of his Passport to the Department of State, and Motion for Return to Defense Counsel, and the Court having reviewed the files and records, it is

ORDERED that Mr. Conlin's passport shall be returned to defense counsel, who will take custody of it and, in turn, return it to Mr. Conlin.

DONE this 18th day of May, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for James J. Conlin

ORDER ON DEFENSE OBJECTION TO
FORWARDING PASSPORT TO STATE DEPT
& MTN FOR RETURN TO DEFENSE COUNSEL
- 1
*USA v. Conlin* / CR16-213RSL

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**